# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN TROIANO, individually, and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>         v.<br><br>UNUM GROUP,<br><br>                    Defendant. | Case No. 4:22-cv-00894-HSG<br><br>The Honorable Haywood S. Gilliam, Jr.<br><br>**ORDER GRANTING JOINT STIPULATION TO REQUEST EXTENSION OF TIME FOR DEFENDANT TO FILE REPLY IN SUPPORT OF ITS MOTION TO DISMISS (LOCAL RULE 6-1(b))**<br><br>Complaint Served:  February 11, 2022<br>Current Reply Due Date: May 9, 2022<br>New Reply Due Date: May 13, 2022 |

**ORDER**

Having considered the parties' Joint Stipulation To Request Extension of Time for Defendant to File Reply In Support of Its Motion to Dismiss, the Court **HEREBY ORDERS** as follows:

The Court finds good cause to **GRANT** the Joint Stipulation. Accordingly, Troiano's deadline to file his Opposition shall be and is May 3, 2022, and Unum has until May 13, 2022 to file its reply in support of its motion to dismiss.

**IT IS SO ORDERED.**

Dated:  5/5/2022

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge