# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN TROIANO, individually, and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UNUM GROUP,<br><br>　　　　　　Defendant. | Case No. 4:22-cv-00894-HSG<br><br>The Honorable Haywood S. Gilliam, Jr.<br><br>**ORDER GRANTING JOINT STIPULATION TO REQUEST CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE AND A STAY OF DISCOVERY PENDING THE COURT'S RULING ON DEFENDANT'S MOTION TO DISMISS**<br><br>Complaint Filed: February 11, 2022<br>Case Management Conference: May 17, 2022<br>Trial Date: None Set |

**ORDER**

Having considered the parties' Joint Stipulation to Continue the Initial Case Management Conference and to Stay Discovery, the Court **HEREBY ORDERS** as follows:

The Court finds good cause to **GRANT** the Joint Stipulation to (i) continue the Initial Case Management Conference and the deadlines for the parties to submit the initial case management statement and to exchange initial disclosures, and (ii) stay discovery until after the Court has decided Defendant Unum Group's pending motion to dismiss. Doing so will conserve the resources of the parties and of the Court. Accordingly, the Initial Case Management Conference currently scheduled for May 17, 2022 is hereby continued, as are the deadlines for the parties to submit the initial case management statement and to exchange initial disclosures. The Court will reset these dates, if necessary, after it decides Defendant's motion to dismiss. In addition, discovery is hereby stayed until the Court's decision on Defendant's motion to dismiss.

**IT IS SO ORDERED.**

Dated:   5/5/2022

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge